PO BOX 1391
SOUTHGATE, MI 48195-0391



05/14/17

Current Creditor: VERIZON WIRELESS
Original Creditor: VERIZON WIRELESS
Account Number: ████████0001
Agency Reference Number: 55092711
Current Balance: $656.31

Nicolle Johnson

| Total Debt Due As of Charge-Off: | Total Interest Accrued Since Charge-Off: | Total Non-Interest Charges or Fees Since Charge-Off: | Total of Payments Made On the Debt Since Charge-Off: |
|---|---|---|---|
| $556.20 | N/A | $100.11 | N/A |

This notice is to inform you that your account with VERIZON WIRELESS has been referred to our office for collections.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Calls to or from this company may be monitored or recorded.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

Adam Felty
Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-1268

Toll Free: 800-604-0064

Hours of Operation:
Monday – Thursday:  8 AM – 11 PM EST
Friday:              8 AM – 10 PM EST
Saturday:            9 AM – 4 PM EST

Pay Your Bill Online at:
www.dcicollect.com

**NOTICE: See Reverse Side for Important Information.**

DCI\00100\237277619183                                                                 2488\0001493\0007

---

Detach and Return with Payment

**To pay by credit card, please complete the information below:**

Check One:    ☐ VISA   ☐ MasterCard   ☐ AMEX   ☐ Check
Card Number:  ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Expiration Date: ☐☐☐☐   CCV#: ☐☐☐  Last 3 digits on back of card
Signature of Cardholder: _____
Cardholder Name: _____
Cardholder Billing Address:
_____
_____

Current Creditor: VERIZON WIRELESS
Original Creditor: VERIZON WIRELESS
Account Number: ████████0001
Agency Reference Number: 55092711
Current Balance: $656.31

800-604-0064

00100

**Amount Due: $656.31**

**Amount Submitted:**

$ ☐☐☐☐☐.☐☐

**Make Checks Payable to Verizon**



DIVERSIFIED CONSULTANTS, INC.
PO BOX 551268
JACKSONVILLE, FL 32255-1268

